UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE COUSER, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CUCAMONGA VALLEY MEDICAL GROUP, INC.,<br><br>Defendant. | CASE NO. 14-CV-01528-BRO (MRWx)<br>(The Honorable Beverly Reid O'Connell)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS MEMBERS** |

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, CARRIE COUSER, Individually and on Behalf of all Others Similarly Situated, herein against defendant, CUCAMONGA VALLEY MEDICAL GROUP, INC., be dismissed with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class members, each party to bear its own costs.

1

      IT IS FURTHER STIPULATED that this agreement may be signed in parts and that signatures may be transmitted via facsimile which will be considered the original signature for the purpose of filing this stipulation.

DATED: December 9, 2016        KAZEROUNI LAW GROUP, APC

By  /s/ Matthew M. Loker
MATTHEW M. LOKER, ESQ.
Attorneys for Plaintiff,
CARRIE COUSER

DATED: December 9, 2016        SCHMID & VOILES

By  /s/ Michael C. Ting
SIDNEY J. MARTIN, ESQ.
MICHAEL C. TING, ESQ.
STEPHANIE R. HANNING
Attorneys for Defendant,
CUCAMONGA VALLEY MEDICAL GROUP, INC.

2

**PROOF OF SERVICE**
[FRCP 5(b)(2)(C)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Schmid & Voiles ("the firm"), 333 City Boulevard West, Suite 720, Orange, CA 92868. I am readily familiar with the business practice for collection and processing mail with the United States Postal Service.

On December 9, 2016, I served the foregoing document described as: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS MEMBERS on the interested parties in this action by placing a copy thereof addressed as follows:

SEE ATTACHED SERVICE LIST

**By US Mail [FRCP 5(b)(2)(C)]** I placed a sealed envelope with postage thereon fully prepaid for deposit with the United States Postal Service by placing it for collection and mailing at my business address on the date stated, following the firm's ordinary business practice. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed December 9, 2016, at Orange, California.

TARA LOPEZ                            _/s/ Tara Lopez_
Type or Print Name                    Signature

# SERVICE LIST

COUSER V. CUCAMONGA VALLEY MEDICAL GROUP, INC., ET AL.
Case No.: ED CV14-01528 BRO (MRWx)

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
ATTORNEYS FOR PLAINTIFF CARRIE COUSER

------------------------

Mohammad Kazerouni, Esq.
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ATTORNEYS FOR PLAINTIFF CARRIE COUSER

------------------------

~~Abbas Kazerounian, Esq.~~
Gouya A. Ranekouhi, Esq.
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ATTORNEYS FOR PLAINTIFF CARRIE COUSER

------------------------

Joshua B. Swigart, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
ATTORNEYS FOR PLAINTIFF CARRIE COUSER